In the ESTATE OF Alma E. HAGENBUCH, Deceased.

Helen MINGAUW, Appellant,

v.

Charles FRISBIE, Personal Representative, Respondent.

No. WD 42776.

Missouri Court of Appeals, Western District.

Aug. 28, 1990.

Ronald R. Holliger of Boland, McQuain, Block, Dehardt & Rosenbloom, Kansas City, for appellant.

Maurice J. O'Sullivan, Jr. of Lathrop Norquist & Miller, Kansas City, for respondent.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

ORDER

PER CURIAM:

Direct appeal from an order granting summary judgment determining title to personal property belonging to decedent's estate.

Judgment affirmed. Rule 84.16(b).

Daniel D. HOOPER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42334.

Missouri Court of Appeals, Western District.

Aug. 28, 1990.

Daniel C. Miller, Sp. Public Defender, Jacqueline K. McGreevy, Asst. Sp. Public Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and SHANGLER and GAITAN, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for postconviction relief without an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).